granted to
2-2-15
PC

IN THE
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS

LUKE ADAM STANTON, SR.,          §     CCA No. PD-1482/1483/1484-14
                    Appellant,   §
                                 §     From the Eighth District
V.                               §
                                 §     Court of Appeals
                                 §
THE STATE OF TEXAS,              §     El Paso, Texas
                    Appellee.    §     COA No. 08-12-00293/294/295-CR

APPELLANT'S SECOND MOTION FOR EXTENSION OF TIME TO FILE
PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE JUSTICES OF SAID COURT:

Luke Adam Stanton, Sr., Petitioner, Pro Se, upon good cause, moves this Court to extend additional time to present his Second Motion for Extension of Time for the filing of Petitioner's Petition for Discretionary Review (PDR). His first Motion for Extension of Time was GRANTED on November 07,2014, and extended to Friday, January 09,2015. However, Appellant request for an extension of time, not for purposed of delay, but that he may fairly have enough time to properly prepare his PDR. And shows the Court the following:

1) Petitioner is not an attorney, is unskilled in the law and filing Pro Se.

2) Petitioner requires additional time to research controlled legal issues and then to prepare the PDR which is currently due. Petitioner is incarcerated in the Texas Dept. of Criminal Justice Prison System, and, as a result, logistics can be difficult.

3) Due to the Holidays, the prison law library had linited schedules; Therefore, the Petitioner has been unable to complete his legal research.

4) Petitioner needs additional time to acquire additional information within the records of the instant cases to perfect his PDR.

5) The deadline to file the Petitioner's PDR is January 09,2015. However, Petitioner requests an extension of an additional thirty (30) days, moving the deadline due date to, Monday, February 09,2015.

WHEREFORE, PREMISES CONSIDERED, the Petitioner respectfully requests that this Honorable Court GRANT him an extension of an additional thirty (30) days to appropriately prepare and file his PDR.

Respectfully Submitted,

_Luke Stanton_

Luke Stanton #1830011
TDCJ - Michael Unit
2664 FM 2054
TN. Colony, Texas   75886

January 02,2015
Date

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 09 2015

Abel Acosta, Clerk

FILED IN
COURT OF CRIMINAL APPEALS

JAN 09 2015

Abel Acosta, Clerk

- 1 of 2 -

CLERK                                    January 02, 2015
Court of Criminal Appeals of Texas
P.O. Box 12308
Capitol Station
Austin, Texas 78711


RE: Stanton v. State of Texas
     CCA No. PD-1482/1483/1484-14
     COA No. 08-12-00392/294/295-CR

     Appellant's Second Motion for Extension of Time to file
PETITION FOR DISCRETIONARY REVIEW.


Dear Sir or Madam:

     Attached is the original: Appellant's Second Motion for Extension of time

to file PETITION FOR DISCRETIONARY REVIEW, to be submitted and filed.


     Your kindness in the above matter is greatly appreciated!


Sincerely,

_Luke Stanton_

Luke Stanton   #1830011
TDCJ - Michael Unit
2664 FM 2054
TN. Colony, Texas 75886

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 09 2015

Abel Acosta, Clerk

cc:
     Charles Orbison
     Assistant Criminal District Attorney
     1450 East McKinney St., 3rd Fl.
     Denton, TX 76209